**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION**

NORTHEAST LOGISTICS, INC.,　　　　)
d/b/a "DILIGENT DELIVERY　　　　　)
SYSTEMS," PARTS AUTHORITY, LLC,　)
and PARTS AUTHORITY, INC.,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Petitioners,　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
JOHN BILLINGER　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　Respondents.　　　　　)

<u>For Online Publication Only</u>

Case No. 2:21-cv-4362-JMA-JMW

~~[PROPOSED]~~
**ORDER CONFIRMING
<u>ARBITRATION AWARD</u>**

Petitioners NORTHEAST LOGISTICS, INC. d/b/a "DILIGENT DELIVERY

SYSTEMS, PARTS AUTHORITY, LLC, and PARTS AUTHORITY, INC., moved for

confirmation of their Final Award in the arbitral matter brought against them by Respondent

John Billinger, pursuant to their right under Section 9 of the Federal Arbitration Act ("FAA"), 9

U.S.C. § 9.

NOW, upon the reading of Petitioner's Petition to Confirm Arbitration Award and the

declaration of Andrew Marks, with exhibits, on behalf of Petitioners in support thereof,

**WHEREAS**, there is a "strong federal policy favoring arbitration, the enforcement of

arbitration agreements and the confirmation of arbitration awards." *Pike v. Freeman*, 266 F.3d

78, 89 (2d Cir. 2001);

**WHEREAS**, the arbitrator's award had a colorable justification for the decision reached

and the arbitrator did not manifestly disregard the law;

**WHEREAS**, the arbitrator's award should be confirmed under *Westerbeke Corp. v.

Daihatsu Motor Co.*, 304 F.3d 200, 208 (2d Cir. 2002);

It is hereby **ORDERED** that the Petitioners' motion to confirm their arbitration award is

**GRANTED** and that award is hereby **CONFIRMED**.


Dated: __January 10, 2022
Central Islip, New York


_/s/JMA _____
Judge Joan M. Azrack
United States District Judge

2